UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 22-CR-121-3 (TNM) |
| | : | |
| v. | : | |
| | : | |
| ERIC ANDREW CANTRELL | : | |
| | : | |

### NOTICE OF JOINING REPLY

Defendant Eric Cantrell, by and through his undersigned counsel, provides notice to the Court and the parties that he joins in and adopts the Reply filed by Co-Defendant Quentin Cantrell on October 3, 2022, found at Docket Entry 43.

Dated: October 4, 2022

Respectfully submitted,

/s/ David J. Hensel
David J. Hensel, Indiana Atty. No. 15455-49
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
(317) 822-4400
dhensel@hooverhullturner.com

*Attorney for Eric Andrew Cantrell*

1225580