# Exhibit G

Eric A. Cantrell

March 21, 2023

The Honorable Trevor N. McFadden
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Re:   *United States v. Eric Cantrell*
      Case No. 22-cr-121-3

Dear Judge McFadden:

Abiding and upholding the law is very important to me, and it is not something I even question. Respecting and listening to authority has been a life-long value that was instilled in me at a very young age, and it is something I have taught my four children. I have family members who have served in the military and law enforcement, so I hold them and what they stand for in the highest regard. Never in my life would I have ever believed or expected I would be arrested for any crime.

As a result of my arrest on March 10, 2022, for violating the sanctity of the U.S. Capitol, this past year has been a difficult one for me and my family. Dealing with the embarrassment of being arrested and facing the consequences of my actions are burdens I bear every day. I strongly oppose any act of violence and condemn any disrespectful act against law enforcement, Capitol personnel, or any leader regardless of political affiliation. I regret the act of entering the Capitol, and if I could go back in time, knowing what transpired that day January 6, 2021, I would have never gone near the Capitol building. If I could take back my actions, I would. I sincerely apologize for my actions and taking the time of the court.

Sincerely,

Eric A. Cantrell

EC/s